UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ALVANY GUERRERO RUJANO,

        Petitioner,

        Case No. 1:25-cv-1631

v.

        Honorable Paul L. Maloney

ROBERT LYNCH et al.,

        Respondents.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** that Respondents shall release Petitioner from custody, subject to any conditions that existed under Petitioner's § 1182(d)(5)(A) parole.

**IT IS FURTHER ORDERED** that Respondents are enjoined from re-detaining Petitioner absent a material change in circumstances unless the requirements of due process have been satisfied.

**IT IS FURTHER ORDERED** that within three days of the issuance of this judgment, Respondents shall file a status report with the Court to certify compliance with the Court's opinion and judgment.

**IT IS FURTHER ORDERED** that the Attorney General of the United States is **DISMISSED** as a Respondent in this § 2241 action.

Dated:  January 2, 2026                           /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge